**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


MICKEY LABRONE HORNE,

     Plaintiff,

v.                                                                                    Case No. 3:16cv39/MCR/CJK

JIMMY COKER, Warden,

     Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 1, 2016.  ECF No. 4.  The plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of March, 2016.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**